AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| IRVIN CARMEN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:18-cv-00227-JTM-JEM |
| JOHN BUNCICH, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

IRVIN CARMEN                                                                                                          .

Date:      09/24/2018

/s/  Blake N. Dahl
*Attorney's signature*

Blake N. Dahl   30576-64
*Printed name and bar number*

2700 Valparaiso Street #2024
Valparaiso, IN 46384

*Address*

Blake@LawFirmIndiana.com
*E-mail address*

(219) 246-2510
*Telephone number*

(219) 359-2478
*FAX number*