UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IRVIN CARMEN, | ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 2:18 CV 227 |
| EDWARD DAVIES, *et al.*, | ) ) ) |
| Defendants. | ) |

### O R D E R

As no objections have been filed with respect to the report and recommendation of Magistrate Judge John E. Martin dated July 27, 2020, the court now **ADOPTS** that report and recommendation (DE # 58), **GRANTS** defendants Correctional Health Inc. and William Forgey's motion to dismiss (DE # 47), and **DISMISSES** this case with prejudice.

**SO ORDERED.**

Date: August 12, 2020

 s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT